UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Stanley R. Chesler |
| v. | Crim No. 11- 720 (SRC) |
| OMAR GADSDEN,<br>a/k/a "Ola" | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by PAUL J. FISHMAN, United States Attorney for the District of New Jersey (Melissa L. Jampol, Assistant U.S. Attorney, appearing), and defendant OMAR GADSDEN, a/k/a "Ola" (Linwood Jones, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have the matter presented at trial within seventy (70) days of his Indictment; and the defendant requesting additional time to investigate the charges, review a plea agreement and review discovery; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendant has consented to the aforementioned continuance to enable the defendant to further investigate the charges and review discovery.

2. The Defendant is considering a new plea agreement since he recently pled guilty in U.S. District Court for the Western District of Pennsylvania, under Crim. No. 09-305 (JFC);

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this _17_ day of December 2012,

ORDERED that the proceedings in the above-captioned matter are continued from December 19, 2012 through and including February 16, 2013; and

IT IS FURTHER ORDERED that the period between December 19, 2012 through and including February 16, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

Hon. Stanley R. Chesler
United States District Judge

Linwood Jones, Esq.
Attorney for OMAR GADSDEN       Date: 12/10/2

AUSA Melissa L. Jampol           Date: 12/17/12